IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL KENNETH CROMAR,<br><br>　　　　Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:23-cr-00159-DAK-1 |

　　　　I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

　　　　DATED this __20th__ day of April, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale A. Kimball
　　　　　　　　　　　　　　　　　　United States District Judge