THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. 2:23cr159 DS |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF RECUSAL |
| PAUL KENNETH CROMAR, | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I recuse myself in the above-referenced case and ask that the appropriate assignment equalization card be drawn by the clerk's office.

IT IS SO ORDERED.

DATED this 21st day of April, 2023.

BY THE COURT:

*David Sam*

DAVID SAM
SENIOR JUDGE
UNITED STATES DISTRICT COURT