AO 442

# United States District Court
for the
District of Utah

UNITED STATES OF AMERICA

V.

**Paul Kenneth Cromar**

**SEALED** Case No: **2:23-CR-00159 DAK**

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **PAUL KENNETH CROMAR**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Attempt to Evade and Defeat the Assessment or Payment of Tax; Corruptly Obstructing the Due Administration of the Internal Revenue Code; Forcible or Attempted Rescue of Seized Property**

in violation of   26:7201; 26:7212(a); 26:7212(b)                                United States Code.

Gary P. Serdar
Name of Issuing Officer

*[signature: Aimee Trujillo]*
Signature of Issuing Officer

By:  Aimee Trujillo
     Deputy Clerk

Clerk of Court
Title of Issuing Officer

April 19, 2023 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                          Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

DATE RECEIVED: April 19, 2023
DATE OF ARREST: Aug. 30, 2023

NAME AND TITLE OF ARRESTING OFFICER: ERIC REED, SPECIAL AGENT

SIGNATURE OF ARRESTING OFFICER: *[signature]*