# Exhibit A

# Utah Department of Corrections
## Division of Adult Probation and Parole
### Region IV – Provo Office

**State of Utah**

SPENCER J. COX
*Governor*

DEIDRE HENDERSON
*Lieutenant Governor*

BRIAN NIELSON
*Executive Director*

DAN BLANCHARD
*Division Director*

IRV HALE
*Regional Administrator - Provo*

Date:           July 20, 2022
Judge:          Christine Johnson
Court:          4th District Court
                Provo, Utah

RE:             CROMAR, Paul Kenneth
Case #:         201402860
Sentencing Date: August 19, 2022

Your Honor,

A referral has been received by Adult Probation and Parole ordering a Presentence Report in regard to the above case number.

On July 1, 2022, the defendant appeared before the Court and was instructed to report to Adult Probation and Parole offices by 4:00 pm on Tuesday 07/05 to complete the requirements for a pre-sentence investigation interview. The defendant contacted Provo AP&P on 07/05/2022 but stated he did not want to complete the PSI and would be filing an Appeal. He has failed to report/contact Adult Probation and Parole since that date. A check of vinelink.com indicates that the defendant is not in the custody of any jail in Utah.

Adult Probation and Parole respectfully recommends a warrant be issued for the defendant's arrest. Should the defendant become incarcerated or report to this office in a reasonable amount of time prior to the scheduled sentencing date; efforts will be made to recall the warrant and conduct the investigation provided this office is made aware of the incarceration.

The investigation and preparation of the PSI has been suspended due to the defendant's failure to report to this office.  Pursuant to Utah Code Annotated 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct to the best of my belief and knowledge.

Respectfully submitted,
*/s/ Mark Colby 07/20/2022*
Mark Colby, Supervisor
Adult Probation and Parole
Region IV/Provo

CC:   M Jared Perkins, Prosecuting Attorney
      Lisa Marie Estrada, Defense Attorney

**The Order of the Court is stated below:**

| | |
|---|---|
| **Dated:** July 21, 2022<br>04:22:55 PM | **At the direction of:**<br>/s/ CHRISTINE JOHNSON<br>District Court Judge |
| | **by**<br>/s/ NANCY BALDARRAGO<br>District Court Clerk |

4TH DISTRICT COURT - PROVO

UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH,<br><br>Plaintiff,<br><br><br>vs.<br><br>PAUL KENNETH CROMAR,<br><br>Defendant. | RULING<br><br>RULING AND ORDER ON NO SHOW MEMO<br><br><br>Case No: 201402860<br><br>Judge: CHRISTINE JOHNSON<br><br>Date: July 21, 2022 |

Based on the defendant's failure to appear at Adult Probation and Parole, the court orders a non-bailable bench warrant.

**End Of Order - Signature at the Top of the First Page**

**CERTIFICATE OF NOTIFICATION**

I certify that a copy of the attached document was sent to the following people for case 201402860 by the method and on the date specified.

EMAIL: DEFENDER PUBLIC receptionist@utcpd.com

EMAIL: DAVID LEAVITT DCOURT@UTAHCOUNTY.GOV

EMAIL: PAUL KENNETH CROMAR kencromar5@gmail.com


07/21/22            /s/ NANCY BALDARRAGO

Date: _____            _____

                                                    Signature

**The Order of the Court is stated below:**
**Dated:** July 21, 2022
04:22:53 PM

**At the direction of:**
/s/ CHRISTINE JOHNSON
District Court Judge

**by**
/s/ NANCY BALDARRAGO
District Court Clerk

4TH DISTRICT COURT - PROVO
UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH, | ARREST WARRANT |
| Plaintiff, | Warrant No: 985806102 |
| | |
| vs. | Case No: 201402860 FS |
| | OTN No: 60760691 |
| PAUL KENNETH CROMAR, | Judge: CHRISTINE JOHNSON |
| Defendant. | Date: July 21,2022 |

**CHARGES**

1. BURGLARY - 2nd Degree Felony
2. WRONGFUL APPROPRIATION - 3rd Degree Felony

**To any Peace Officer in the State of Utah:**

You are commanded to arrest and deliver the defendant to the Utah County Jail.

A juvenile may not be confined in an adult facility.

Defendant may be transported within the state.

The defendant must appear in Court before Judge CHRISTINE JOHNSON on the next available court date.

Failed to comply with pretrial release conditions

Court orders a non-bailable warrant to issue.

No pre-trial service release.

This warrant may be served any time, day or night.

Issued: July 21, 2022

Law Enforcement Agency: UTAH COUNTY SHERIFF

**End Of Order - Signature at the Top of the First Page**

**Defendant Details:**

PAUL KENNETH CROMAR
9870 N MEADOW DRIVE
PO BOX 942, PLEASANT GROVE
CEDAR HILLS UT 84062

Citation No:
Date of Birth: 05-05-1959
Driver License No: xxx3131
Social Security No: xxx-xx-9932
Home Phone: 801-400-5900
Vehicle License:
Aliases: CROMAR, PAUL-KENNETH
Warrant Number: 985806102

Surety Information: BEEHIVE BAIL BONDS  Phone: (801)328-3329
ATTN:  GARY / NANCY WALTON
268 E 500 S
SALT LAKE CITY, UT 84111
mrw@beehivebailbonds.com