# Exhibit B



# Utah Department of Corrections
## Executive Office

**State of Utah**

SPENCER J. COX
*Governor*

DEIDRE M. HENDERSON
*Lieutenant Governor*

BRIAN NEILSON
*Executive Director*

DAN BLANCHARD
*Division Director*

IRV HALE
*Regional Administrator - Provo*

Date: August 16, 2022
Judge: Christine Johnson
Court: Fourth District Court
Provo, Utah

RE: CROMAR, Paul Kenneth
Case #: 201402860
Sentencing Date: August 19, 2022

Your Honor,

A referral was received by Adult Probation and Parole indicating the defendant is scheduled to appear before the Court for sentencing on August 19, 2022, for Burglary, Second Degree Felony, and Wrongful Appropriation, Third Degree Felony, case number, 201402860. The defendant failed to make contact with this office or set up an interview appointment and on July 19, 2022, a memo was submitted to the Court requesting a warrant for failing to make contact with Adult Probation and Parole. That warrant was recalled on July 22, 2022, and a second face-to-face appointment was scheduled for July 27, 2022. The defendant failed to keep that appointment. Email communications have been ongoing; however, the defendant chooses to avoid face-to-face contact with Adult Probation and Parole.

Adult Probation and Parole recommends that if the defendant appears in court for sentencing in this case, he be ordered to report to Adult Probation and Parole immediately and sentencing is continued for six weeks to September 30, 2022, to allow time to conduct an LS-RNR assessment, meet with the defendant face to face, and go over the completed PSI packet with the defendant.

Respectfully submitted,

*Ed Simmons*
Ed Simmons, Investigator
Adult Probation and Parole
Region IV/Provo

CC: M. Jared Perkins
Lisa Maxine Estrada

The Order of the Court is stated below:
Dated: August 17, 2022
04:25:34 PM

At the direction of:
/s/ CHRISTINE JOHNSON
District Court Judge

by
/s/ NANCY BALDARRAGO
District Court Clerk

## 4TH DISTRICT COURT - PROVO
## UTAH COUNTY, STATE OF UTAH

| STATE OF UTAH, Plaintiff, vs. PAUL KENNETH CROMAR, Defendant. | RULING<br>RULING AND ORDER ON NO SHOW MEMO<br><br>Case No: 201402860<br>Judge: CHRISTINE JOHNSON<br>Date: August 17, 2022 |
|---|---|

Based on the defendant's failure to appear at Adult Probation and Parole, the court orders a non-bailable bench warrant.

**End Of Order - Signature at the Top of the First Page**

**CERTIFICATE OF NOTIFICATION**

I certify that a copy of the attached document was sent to the following people for case 201402860 by the method and on the date specified.

EMAIL: DEFENDER PUBLIC receptionist@utcpd.com
EMAIL: DAVID LEAVITT DCOURT@UTAHCOUNTY.GOV
EMAIL: PAUL KENNETH CROMAR kencromar5@gmail.com
EMAIL: PAUL CROMAR kencromar@bluemoonprod.com

Date: 08/17/22          /s/ NANCY BALDARRAGO
                                    Signature

08-17-2022 04:25 PM                                                      Page 1 of 1

The Order of the Court is stated below:
Dated: August 17, 2022
04:25:29 PM

At the direction of:
/s/ CHRISTINE JOHNSON
District Court Judge

by
/s/ NANCY BALDARRAGO
District Court Clerk

4TH DISTRICT COURT - PROVO
UTAH COUNTY, STATE OF UTAH

| STATE OF UTAH,<br>Plaintiff,<br><br>vs.<br><br>PAUL KENNETH CROMAR,<br>Defendant. | ARREST WARRANT<br>Warrant No: 985810210<br><br>Case No: 201402860 FS<br>OTN No: 60760691<br>Judge: CHRISTINE JOHNSON<br>Date: August 17, 2022 |
|---|---|

**CHARGES**

    1. BURGLARY - 2nd Degree Felony
    2. WRONGFUL APPROPRIATION - 3rd Degree Felony

**To any Peace Officer in the State of Utah:**

    You are commanded to arrest and deliver the defendant to the Utah County Jail.

    A juvenile may not be confined in an adult facility.

    Defendant may be transported within the state.

    The defendant must appear in Court before Judge CHRISTINE JOHNSON on the next available court date.

    Failed to comply with pretrial release conditions

    Court orders a non-bailable warrant to issue.

    No pre-trial service release.

    This warrant may be served any time, day or night.

    Issued: August 17, 2022

    Law Enforcement Agency: UTAH COUNTY SHERIFF

**End Of Order - Signature at the Top of the First Page**

| | |
|---|---|
| PAUL KENNETH CROMAR<br>9870 N MEADOW DRIVE<br>PO BOX 942, PLEASANT GROVE<br>CEDAR HILLS UT 84062 | **Defendant Details:**<br>Citation No:<br>Date of Birth: 05-05-1959<br>Driver License No: xxx3131<br>Social Security No: xxx-xx-9932<br>Home Phone: 801-400-5900<br>Vehicle License:<br>Aliases: CROMAR, PAUL-KENNETH<br>Warrant Number: 985810210 |

Surety Information: BEEHIVE BAIL BONDS  Phone: (801)328-3329
ATTN:  GARY / NANCY WALTON
268 E 500 S
SALT LAKE CITY, UT 84111
mrw@beehivebailbonds.com