TRINA A. HIGGINS, United States Attorney (#7349)
MARK E. WOOLF, Assistant United States Attorney (WA #39399)
PETER J. ANTHONY, Special Assistant United States Attorney (NY #4940912)
MEREDITH M. HAVEKOST, Special Assistant United States Attorney (IL #6332789)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801)524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL KENNETH CROMAR, Defendant. | Case No. 2:23-cr-00159-HCN-DBP  NOTICE OF ENTRY OF APPEARANCE  Judge Howard C. Nielson, Jr. |
|---|---|

Notice is hereby given of the entry of appearance of Trial Attorney Meredith M. Havekost as co-counsel for and on behalf of the United States of America in this matter.

DATED this 20th day of September, 2023.

TRINA A. HIGGINS
United States Attorney

/s/ *Meredith M. Havekost*
Meredith M. Havekost
Trial Attorney
U.S. Department of Justice Tax Division
150 M Street NE, Room 2.211
Washington, D.C. 20002
(202) 353-0542
Email: meredith.m.havekost@usdoj.gov