U.S. v. Paul K. Cromar	NOC 1 Index	2:23-CR-00159 HCN

| Source | Number of Files | Bates Numbers Range | Description of Contents |
|---|---|---|---|
| District of Utah | 12 | USA-PROD1-0010882 to USA-PROD1-0010981 | Court records related to 2:17-cv-01223 United States v. Cromar et al. |
| DOJ Civil | 408 | USA-PROD1-0000001 to USA-PROD1-0004392 | Court records related to 2:17-cv-01223 United States v. Cromar et al. and civil suits brought by the Cromars against the United States, et al. |
| Experian PLC | 5 | USA-PROD1-0009467 to USA-PROD1-0009487 | Credit reports |
| Internal Revenue Service (IRS) | 112 | USA-PROD1-0004393 to USA-PROD1-0008008 | Records related to the IRS audit of the Cromars and account transcripts |
| Rock Canyon Bank | 6 | USA-PROD1-0009488 to USA-PROD1-0009991 | Bank records |
| Roland Process Service & Investigations | 15 | USA-PROD1-0010860 to USA-PROD1-0010881 | Records related to service of process on Wanda Manley |
| Third Party Sources – Screen Captures | 17 | USA-PROD1-0008009 to USA-PROD1-0008026 | Screenshots and screen recordings of Cromar's website, YouTube channel, and podcast appearances |
| TransUnion | 3 | USA-PROD1-0009992 to USA-PROD1-0009999 | Credit reports |
| US Bank | 2 | USA-PROD1-0010000 to USA-PROD1-0010173 | Bank records |
| Utah Community Credit Union | 17 | USA-PROD1-0010174 to USA-PROD1-0010859 | Bank records |
| Utah County | 88 | USA-PROD1-0008027 to USA-PROD1-0009414 | Records filed by Cromar with Utah County |
| Utah Secretary of State | 6 | USA-PROD1-0009415 to USA-PROD1-0009423 | Records filed by Cromar with Utah Secretary of State |
| Utah State Court | 6 | USA-PROD1-0009424 to USA-PROD1-0009466 | Records related to the Utah state criminal case against the Cromars |