Paul-Kenneth: Cromar. #655950
c/o Sheriff Ryan Arbon/Weber Co. Jail
1400 Depot Drive
Ogden, Utah 84404
c/o 801-778-6700

RECEIVED CLERK

SEP 27 2023

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

| "PAUL KENNETH CROMAR" (see footnote #1) Defendant in error v. United States of America (see footnote #1) Prosecutor in error | "Notice of Apperance" and Assistants of Counsel  case no: 2:23-CR-000159 Judge Howard Neilson |

TO: CLERK OF THE ABOVE NAMED COURT

I, Paul, the living, breathing man, am present, sui juris [pro se]. All pleadings, motions, notices, or other papers should be served on:

Paul Kenneth Cromar #655950
c/o Sheriff Ryan Arbon
1400 Depot Drive
Ogden, Utah 84404

I have chosen the following people to serve as my non-attorney assistants (assistants of counsel) and hereby memorialize and grant limited power of attorney to file and/or e-file on my behalf:

-1-

- Wendy Leatham*
  10374 N. 6530 W.
  Highland, Utah 84003   435-253-0661

- Raland Brunson   801-541-9121

- Paul Tozzi   248-747-0229

- Dan Bailey   530-737-3333

- Andrew Johnson   435-764-3295

Further, I grant the above five people authority to act as legal counsel and runners, sending and recieving "LEGAL" or "SPECIAL MAIL", with 2nd copy mailed to *Wendy's address please.

I certify (through my assistants) I caused to be served via efile or USPS mail a copy of this "NOTICE OF APPEARANCE" to:

Trina A. Higgens (#7349)
Mark Woolf (WA #39399)      Attorneys for U.S.
Peter J. Anthony (NY #4940912)   801-325-3243
111 S. Main St., #1800 / Salt Lake City, Utah 84111-2176

So executed on this 22nd day of September, in the year of our Lord Jesus Christ, anno domini 2023, in honor and with clean hands,

by: Paul-Kenneth: Cromar.
© Paul-Kenneth: Cromar ™
the living man — innocent — heir —
Executor of the House of Cromar
All rights reserved
I elect to proceed under Constitutional Common Law

\#   -2-

footnotes:

1. United States of America — The nation occupying the territory between British America [Canada] on the north, Mexico on the south, the Atlantic Ocean and Gulf of Mexico on the east, and the Pacific Ocean on the west; being the "republic" whose organic law is the Constitution adopted by the people of the thirteen states which declared independence from the government of Great Britain on the fourth day of July, 1776. (A LAW DICTIONARY, ADAPTED TO THE CONSTITUTION AND LAWS OF THE UNITED STATES OF AMERICA and of the Seberal (sic) states of the American Union; with reference to the civil and other systems of Foriegn Law; by John Bouvier, 14th Ed.; revised and greatly enlarged. Vol. II, pg 622, Col. 1) ["Seberal" and old English font in original.]

2. Right of Assistance of Counsel - The accused has the Constitutional right to the assistance of counsel of choice, to sit by him, and advise him while proceeding in Propia Persona. People v. Hill (1969) 70 C2nd 678, 76 Cal Rptr 225, 452 P 2nd 166, 152 P 2nd, 180.

3. Power of attorney. (18c) 1. An instrument granting someone authority to act as agent or attorney-in-fact for the grantor. An ordinary power of attorney is revocable and automatically terminates upon death or incapacity of the principal. Also termed letter of attorney; warrant of attorney. See ATTORNEY (1). 2. The authority so granted; specif, the legal ability to produce a change in legal relations by doing whatever acts are authorized. Abbr. POA. Pl powers of attorney. (POWER OF ATTORNEY, Black's Law Dictionary (11th ed 2019))

4. Special Mail. — (a) The warden shall open incoming special mail only in the presence of the inmate for inspection for physical contraband and the qualification of any enclosures as special mail. The correspondence may not be read or copied if the sender is adequately indentified on the envelope, and the front of the envelope, and the front of the envelope is marked SPECIAL MAIL - Open only in the presence of the inmate, as the only way to ensure that inmate's mail is not read when opened by prison mail room employees, and thus to vindicate inmate's right to access to the courts, is to require that it be done in presence of inmate, Biereguv. Reno, C.A.3 (N.J.) 1995, 59 F.3d 1445, rehearing denied. Constitutional Law 2325; Prisons 264.

# # #

-3-