c/o Sheriff Ryan Arbon
Correctional Facility: Weber County Jail
Inmate Name: Paul Cromar #655950
Address: 1400 Depot Drive
City/State/Zip: Ogden, Utah 84404

SALT LAKE CITY UT 840
25 SEP 2023 PM 1 L



LEGAL MAIL

United States District Court
Office of the Clerk
351 S. West Temple, Room 1.100
Salt Lake City, Utah 84101

84101-194875