# EXHIBIT A

Date: Fri, Sep 29, 2023 at 4:05 PM
Subject: Violation of terms of providing Discovery
To: <kris_angelos@fd.org>


Friday, September 29, 2023 at 12:55 p.m.

Ms. Angelos,

Thank you for your reply to my email via one of my five lawful Assistants of Counsel, Wendy.

In your email you wrote, "I have been asked to load discovery on this tablet and provide it to Mr. Cromar." To date, you have failed to do this.

Additionally, the Prosecution committed to the Magistrate Pead to provide said Discovery by September 19th, 2023. Today is September 29th. Discovery service has not yet occurred. You are ten days late.

The Prosecution has failed, through you, to provide the tablet to me here in the Weber County Jail, where you visited me on September 11th, wherein I interviewed you and determined you were unwilling and incapable of properly defending me and my Constitutionally protected, God-given rights you swore to protect, and I'm 100% innocent, which you mistakenly prejudged as "sovereign citizen" nonsense and were hostile against defending. (Note: the term "sovereign citizen" is an oxymoron, as you can be a sovereign, you can be a citizen, but you cannot be both.)

With your failure to date to fulfill your responsibility to the court and to me as promised, that coupled with the denial of my rights at the jail, documented in a written grievance, it appears there may be a systematic and prejudicial effort conspiring to deny my right to due process and to defend myself. It appears this is done to assure an outcome that finds me guilty of fabricated crimes I did not commit.

Ms. Angelos, despite what you may think of me and how you and others treat me, justice requires that I am seen as "innocent until proven guilty". Instead, I am being treated as "guilty until proven innocent", and as some convicted, dangerous criminal not to be let out on the street.

I'm hereby notifying you, Ms. Kris Angelos, of potential violation of various federal statutes, including but not limited to: Title 18 sec. 241 – Conspiracy to Deny Rights, and Title 18 sec. 242 – Denial of Constitutional Rights Under the Color of Law. Therefore, you are hereby also advised of your's and other's potential Misprison of said Felony.

Respectfully,

Paul-Kenneth: Cromar

Defendant in Error

2:23-CR-00159

---------- Forwarded message ---------
From: **Wendy Kay** <gramawendy26@gmail.com>
Date: Tue, Sep 26, 2023 at 8:51 AM
Subject: Discovery
To: <kris_angelos@fd.org>


Kris,
Discovery is showing available on the docket, but Ken has yet to receive anything. Could you please tell me where we are in that process? When Ken might expect to receive that information? Thank you.
Wendy



**From:** Wendy Kay <gramawendy26@gmail.com>
**Sent:** Tuesday, September 19, 2023 11:58 PM
**To:** Kris Angelos <Kris_Angelos@fd.org>
**Subject:** Paul Cromar

Ms. Angelos,

I spoke with you on the phone yesterday and you told me you have been assigned to facilitate Mr. Paul Kenneth Cromar in obtaining his discovery.

Mr. Cromar has asked me to contact you about some grave concerns.

1. Today, September 19, 2023, Legal documents were denied to Mr. Cromar by the jail employees. They were mailed from his son, certified, and appropriately marked as legal documents.

2 .Mr. Cromar has also been denied use of the law library.

Please advise. How can he possibly prepare for trial when he hasn't yet received discovery, legal documents are denied to him, and he can't use the law library?

3. Mr. Cromar also wants all discovery provided to him in hard copy and a copy provided to his son or other legal assistant.

Thank you for your quick attention to these matters.

Wendy Leatham