# EXHIBIT B

# INMATE GRIEVANCE FORM

*PHOTO COPY REQUESTED PLEASE.*

Level-1

INMATE'S NAME: Paul Cromar    ID NUMBER 655950   HOUSING F-603

SECTION 1 - INFORMAL ACTION  To be completed by inmate:

Constitutional Right of "Assistance of Counsel", phone Privacy, LEGAL MAIL, + Law Library DENIED

Specific nature of grievance (who, what, when, where and how):

At approximately 12:01 midday Sept 19, 2023, Sgt Stewart (officer in charge of Inmate Legal services at Weber Co Jail) informed me that the 4 names Bailey, Johnson, Tozzi, Brunson phone numbers would not be "Private" as per my request because he had called the numbers and, "They are not licensed attorneys." I explained that, "My Constitutionally protected right to 'assistance of Counsel' is of my choice, and the Constitution says nothing about BAR attorneys or licences." Regardless, he said my request was denied, as was the Certified Letter from my Son he held in his hand stamped LEGAL MAIL for same reason. I then asked about access to Jail Law Library as per written request.

Identify those contacted regarding your grievance and state what you HAVE DONE to resolve the issue:

Later same day (45-min later) I notified Command of "Request to meet with Sgt. Stewart again and to NOT return my LEGAL MAIL to sender yet." At approximately 3:32pm Sgt. Stewart called me out to take me to Jail Law Library (100 ft down hall). While walking there I explained I thought he might be reasonable, and to avoid filing a Grievance, I requested that we open the Certified Legal Mail together as had been done previously with Deputy Fraiser, to inspect for contraband + drugs, so I can review, sign and file my first doc with Court "Notice of Appearance - with listed Assistants of Counsel". Angered, Sgt Stew said, "We're done," and without being allowed Inspection of Library was escorted back to cell block, and handed this FORM. Full exchange only 4-5 mins and ended at exactly 3:37pm

What is the specific remedy you seek?:

The Remedy I must respectfully DEMAND is immediate and complete access to all elements of Constitutionally guaranteed "Assistance of Counsel" which includes unfettered access to LEGAL MAIL, Private calls, complete Law Library as described by Supreme Court, ability for daily review, research, writing on computer, internet, wifi, printing, and fax, etc., as is available to the Prosecution team working to convict me of "crimes" I did not commit, also including but not limited to my ability to file my docs with the Court and access to my "papers and affects" = personal electronic files containing my previous 18 court cases and evidence related to this case. The Weber County Jail is interfering with my access to the Court and legal documents + research provided by Assistants to Counsel and friends,

Respectfully, And In Honor,

/S/ PAUL KENNETH CROMAR
INMATE'S SIGNATURE  all rights reserved

DATE  Sept. 20, 2023  8:23 a.m.

#END#

Page 1

The Remedy (as it was written on the bottom of the Grievance form)

* * * * *

The Remedy I must respectfully DEMAND is immediate and complete access to all elements of Constitutionally guaranteed "Assistance of Counsel" which includes unfettered access to LEGAL MAIL, Private calls, complete Law Library as described by Supreme Court, ability for daily review, research, writing on computer, internet, wifi, printing, and fax, etc., as is available to the Prosecution team working to convict me of "crimes" I did not commit, also, including but not limited to, my ability to File my docs with the court and access to my "papers and affects", personal electronic files containing my previous 18 court cases and evidence related to this case. The Weber County Jail is interfering with my access to the Court and legal documents & research provided by Assistants to Counsel and friends, Respectfully, And In Honor, /S/ PAUL KENNETH CROMAR Date: Sept 20, 2023 8:233 a.m.