FILED
2023 OCT 10 AM 8:50
CLERK
U.S. DISTRICT COURT

Paul-Kenneth: Cromar. #655950
c/o Sheriff Ryan Arbon - Weber County Jail
1400 Depot Drive
Ogden, Utah 84404
c/o 801-778-6700

---

IN THE UNITED STATES DISTRICT COURT - DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| "PAUL KENNETH CROMAR" Defendant in error <br><br> v. <br><br> UNITED STATES OF AMERICA *1 Plaintiff in error | MOTION FOR CONTINUANCE <br><br> case# 2:23-cr-00159 <br> Judge Howard C. Nielson |

Comes now, Paul-Kenneth: of the House of Cromar, found to living, competent, and of age, by a jury of my peers, annointed to be a king unto the Most High God, and an heir with a Divine inheritance, not a "Citizen of the United States" as defined by IRS Title 26 section 1402(a), do hereby respectfully move the court for an order requiring that the trial of the above-entitled and numbered action, now set for trial November 7, 2023, be continued to Dec 4, 2023 for not less than 7 days, while preserving right to speedy trial, for the following reasons:

*1· Please reference all footnotes provided in "Notice of Appearance", docket entry #27 of September 27, 2023.

—1—

1.) The Discovery promised in open court by Plaintiff USA to be provided to Defendant (in error) at Weber County Jail by September 19, 2023 has not been provided. Today is the 17th day of failure of service of the reported 697 files of Discovery.[2]

2.) Defendant has been denied LEGAL MAIL, denied privacy designation to Constitutionally guaranteed "Assistants of Counsel" (as designated in "Notice of Appearance and Assistants of Counsel") by Weber Co. Jail Legal Officer Sgt. Stewart.

3.) The Weber Co. Jail staff under the direction of Sgt. Stewart ignored written requests for answers to various questions and guidance regarding jail process with regards to pro se, including but not limited to regular access to the jails "Law Library" as petitioned Sept. 18th. To date, though promised verbally on Monday Oct 2, and twice in the previous week.

4.) An "Inmate Grievance Form" was written Sept 20, 2023 and recieved by staff shortly thereafter documenting the various

---

2 - See Exhibit A - from Docket #26 Emergency Motion to Compel
3 - See Exhibit B - IBID

violations of Constitutionally protected right of due process and access to the courts and the remedies required as follows:

"The REMEDY I require is immediate and complete access to all elements of Constitutionally guaranteed "Assistance of Counsel" which includes unfettered access to LEGAL MAIL, PRIVATE calls, complete Law Library as described by Supreme Court, ability for daily review, research and writing on computer, internet, wifi, printing and fax, etc., as is available to Prosecution team working to convict me of "crimes" I did not commit, — also, including but not limited to, my ability to file my docs with the court, and access to my "papers and effects"¹⁴ = personal electronic files containing my previous 18 court cases and evidence related to this case. The Weber County Jail is interferring with my access to the Court and legal documents and research provided by "Assistants (of) Counsel" and friends, Respectfully and in Honor,

/S/ PAUL KENNETH CROMAR, 1/5
all rights reserved

As evidenced by the above, a clear and present danger against the Defendant's (in error) right to due process and access to this court by a jail staff apparently under-informed on their oath-bound sworn

-3-

duty to protect rights of all the People, including the Defendant in error, as 100% innocent until proven guilty by a jury of peers. Regretably, as one jail officer reported to the Defendant, "We know about you and your 'pro se' status. That choice was your mistake." And, "Sorry it has been so hard. Stg. Stewart has a very short fuse. Actually, NO fuse at all." To which Defendant replied, "Stg. Stewart took an Oath of Office. It requires him to know and protect all my rights."

At this moment in time, neither the Plaintiff U.S.A. counsel, nor the Weber County jail staff, willing or able to vigorously protect and defend the Defendant's access to the court, and in some cases have proven themselves directly interferring and hostile to the Defendant's pursuit of justice.

IF this Motion for Continuance is opposed by the Plaintiff USA, Defendant respectfully DEMANDS an Evidentiary Hearing.

Respectfully presented this 6th day of October, anno domini 2023,

© by Paul-Kenneth: Cromar ™



Paul-Kenneth: Cromar.
NOTICE: all mailings/service goes to Weber Jail as on front page Though the permanent address remains 9870 N. Meadow Dr. Cedar Hills, Utah 84062 as per the metes and bounds thereof.

STATE OF UTAH - WEBER COUNTY
NOTARY JURAT
The foregoing instrument was acknowledged before me this 6 day of October, 2023 by [signature], Notary. My commission expires 8/28/27

-4-