Paul-Kenneth: Cromar
c/o Sheriff Ryan Arbon
1400 Depot Drive
Ogden, Utah 84404
c/o 801-778-6700

IN THE UNITED STATES DISTRICT COURT — DISTRICT OF UTAH — CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>PAUL KENNETH CROMAR<br>Defendant. | PROPOSED PROTECTIVE ORDER<br><br>case # 2:23-cr-00159<br>Judge Howard C. Neilson |

Magistrate Dustin B. Pead, based on the Defendant's Motion for Protective ORDER, in the above titled case, and for good cause appearing, the court makes the following findings:

1.) As of Oct 12, 2023 the Discovery promised in open court to be provided to the above named Defendant has not been served to him at the Weber County Jail.

2.) Defendants LEGAL MAIL and PRIVATE phone call designation for Defendant's five Assistants of Counsel named in Defendant's "Notice of Appearance and Assistants of Counsel" (see Docket # 25)

- 1 -

3.) The Weber County Jail has denied access to its "Law Library".

4.) Defendant's "Inmate Grievance Form" of September 20, 2023 has been declared, "Your complaint is Unfounded", thus denying due process of law and unfettered access to the court while preparing his pro se defence for trial.

Therefore, based on the foregoing findings, the court grants the Defendant's Motion and ORDERs any detention facility holding the above named Defendant the following:

A.) Discovery to be provided immediately upon reciept to Defendant.

B.) Provide ALL "LEGAL MAIL" or "SPECIAL MAIL" to Defendant immediately upon reciept same day.

C.) Provide Defendant reasonable daily access to Law Library, his "papers and effects" which are his electronic computer files containing 18 previous related court cases and research directly related to this 19th instant case, printing, wifi, internet and email access (as requested by Plaintiff USA counsel).

D.) Private phone status for Assistants of Counsel as notified in Defendant's "Notice of Appearance";
- Wendy Leatham   435-253-0661
  LibertyBelle@protonmail.com
- Paul Tozzi   248-747-0229
  PaulTozzi@gmail.com.

-2-

- Raland Brunson  801-541-9121
  Raland.Brunson@hotmail.com
- Dan Bailey  530-737-3333
  PrivateAdvocates1946@hotmail.com
- Andrew Johnson  435-764-3295
  HeHasTheBestStuff@gmail.com

This ORDER stands until such time as this case is dismissed, the Defendant is granted a pre-trial release through new Detention Re-hearing, or or lawful release from custody.

Dated this ___ day of ___, 20___.

_____
UNITED STATES MAGISTRATE JUDGE

NOTE: Apologies for not being able to provide an electronic copy of the above Proposed Order as requested in the Federal Rules of Criminal Procedure as Defendant as access to due process of law and undeterred access to the court has not yet been granted. Thank you.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2023 I personally placed in the United States Mail to the individuals named below a true and correct copy of **PROPOSED PROTECTIVE ORDER.**

TRINA A. HIGGINS
MARK WOOLF
PETER J. ANTHONY
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

_____
Raland Brunson