EXHIBIT "A"

November 21, 2023

Mark E. Woolf (WA #39399)
Attorney for the United States
Office of the US Attorney
111 S. Main Street, suite 1800
Salt Lake City, Utah 84111-2176
801-524-5682


RE: NOTICE OF COMMUNICATION WITH THE PROSECUTOR


Mark,

At the surprise (unnoticed, again) November 15, 2023 hearing, you made an oral motion to STRIKE my Docket entry #47 of November 6, 2023, NOTARIZED AFFIDAVIT, FACT, STATUS, VENUE, JURISDICTION OF PAUL-KENNETH: CROMAR REGARDING THE FACTS AND EVENTS REGARDING THE FALSE ARREST. (US DIST COURT-SLC / 2:23-cr-00159-HCN-DBP)

Jurisdictional failure of your case is clearly documented within the Affidavit signed under Notary Jurat, which you were served. An unrebutted Affidavit stands as fact. (Regardless of your request that it be stricken, or not.) Therefore, you are hereby Noticed of your immediate obligation under American BAR Standard for Criminal Justice, as follows:


### The Prosecutor's Heightened Duty of Candor

"The Prosecutor should disclose to a court legal authority in the controlling jurisdiction known to the Prosecutor to be directly adverse to the Prosecution's position and not disclose to others."

American BAR Standard for Criminal Justice, at 3-1.4.


Additionally, you may want to consider the following United States Supreme Court opinion:

"Generally speaking, within any state of this union the preservation of the peace and the protection of person and property are the functions of the state government, and are no part of the primary duty, at least, of the nation. The laws of congress in respect to those matters do not extend into the territorial limits of the states, but have force on

1

in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government."

152 U.S. 211 (189) Caha v US 1001 Supreme Court of the United States

It is hoped that your pursuit of law, order and justice as required above, and by your own Oath of Office, will make further consideration of pursuit of sanctions against you, unnecessary. However, I, Paul-Kenneth: of the House of Cromar., (Defendant in Error, Sui juris, the living man, and sole Executor of the Trust by the same name), am prepared to move the court to determine whether the United States Attorney made reasonable inquiry into the facts or the law before signing and presenting a questionable Grand Jury Indictment and related documents, in an unlawful jurisdiction.

Respectfully, and in Honor,

by [signature]

Paul-Kenneth: House of Cromar

Defendant in Error, Sui juris, the living man, Executor of the Trust

c/o Davis County Correctional Facility – inmate #567164

800 W. State Street

Farmington, Utah 84025

801-451-4100


STATE OF UTAH – DAVIS COUNTY

NOTARY JURAT

The foregoing instrument was acknowledged before me this 21st day of November, in the year of our Lord, ano domini 2023 by Paul Kenneth Cromar.

Notary name: Amy E. Hutchinson. My commission expires MAR 15, 2027

Notary signature: [signature]

2

AMY E HUTCHINSON
Notary Public - State of Utah
Comm. No. 730003
My Commission Expires on
Mar 15, 2027