Correctional Facility: Davis County
Inmate Name: Paul Stewart #567164
Address: PO Box 130
City/State/Zip: Farmington, Utah 84025

Clerk of the Court - US District Court
351 S. West Temple, Rm 1.100
Salt Lake City, Utah
84101

LEGAL MAIL

SALT LAKE CITY UT 840
5 DEC 2023 PM 3 L

84101-150855