TRINA A. HIGGINS, United States Attorney (#7349)
MARK E. WOOLF, Assistant United States Attorney (WA #39399)
MEREDITH M. HAVEKOST, Trial Attorney (IL #6332789)
PATRICK BURNS, Trial Attorney (NV #11779)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801)524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL KENNETH CROMAR, <br><br> Defendant. | Case No. 2:23-cr-00159-HCN-DBP <br><br> GOVERNMENT'S WITNESS LIST <br><br> District Judge Howard C. Nielson, Jr. <br><br> Chief Magistrate Judge Dustin B. Pead |

### GOVERNMENT'S WITNESS LIST

The United States, by and through undersigned counsel, hereby respectfully submits this list of witnesses that it may call at the trial in this case. The witnesses include the following:

Robert Weidlein

Jason Randall

Shalen Nielson

Ivan Bird

Dan Juergens

Brett Belliston

Nathan Dorius

Nathan Eddington

Matt Pearce

Bill Markham

Douglas Nufer

Nancy Phillips

Wanda Manley

John Jenson

John Joseph

Wanda Manley

Gary Chapman

Salvatore Hazel

Thomas Walker

Amanda Lucas

Amy Arnn

Custodian of Records – Utah State Tax Commission

The government reserves the right to amend or update this list as its trial preparation proceeds and the need to call different or additional witnesses arises.

DATED this 7th day of February, 2024.

                TRINA A. HIGGINS
                United States Attorney

                */s/ Meredith M. Havekost*
                */s/Patrick Burns*

                _____
                MEREDITH M. HAVEKOST
                PATRICK BURNS
                Trial Attorneys
                U.S. Department of Justice Tax Division