Paul-Kenneth: Cromar
Defendant *in error*, Sui Juris [pro se], natural man
c/o  Davis County Correctional Facility – inmate #567164
800 W. State Street
Farmington, Utah  84025
801-451-4100

FILED US District Court-UT
MAY 02 '24 PM02:53

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

|  |  |  |
|---|---|---|
| | / | |
| "PAUL KENNETH CROMAR" | / | |
| Defendant *in-error* | / | **DEFENDANT'S WITNESS LIST** |
| v. | / | |
| | / | |
| UNITEDS STATES OF AMERICA | / | case # 2:23-cr-00159-HCN-DBP |
| Plaintiff *in-error* | / | Judge Howard C. Nielson Jr. |
| | / | |

### INTRODUCTION

Comes now, Paul-Kenneth: Cromar[1], defendant *in-error*, "Ken", *Sui Juris [pro se]*, who does hereby respectfully present on the record of this court this **DEFENDANT'S WITNESS LIST**, related reciprocal list as requested by prosecutors for the UNITED STATES OF AMERICA, related to a trial currently scheduled for May 21, 2024, as provided hereunder:

---

[1] "Ken", a red-blooded American, a sovereign anointed son and heir to God.  See also footnotes 1-4, 7-8, from Defendants Motion to Dismiss (docket #70) and also as, of yet unrebutted Defendant's AFFIDAVIT (docket #71) for jurisdictional and definition of terms.  Note: An unrebutted affidavit stands as fact.  Also, Defendant elected to proceed only under Constitutional Common law (see docket #25).

| | |
|---|---|
| R. A. Mitchell | IRS employee |
| Joan Flack (or Flach) | IRS employee |
| Robert Weidlein | Utah County Sheriff Dept. |
| Ivan Bird | American Fork Police Dept. |
| Brett Belliston | Alleged auction winner of Cromar home |
| Tyler Belliston | Son of alleged auction winner of Cromar home |
| Nathan Dorius | Attorney for Bellistons |
| Nathan Eddington | "Auction winner" of Cromar home |
| Michael Eddington | Father of alleged "auction winner" of Cromar home |
| Nancy Phillips | IRS employee |
| Wanda Manley | IRS employee |
| Gary Chapman | IRS employee |
| Thomas Walker | TIGTA / IRS employee |
| Andrea Ventura | IRS employee |
| Amanda Lucas | IRS employee |
| Ryan Watson | DOJ / IRS attorney |
| Mike Smith | Utah County Sheriff |
| Kaye Fugal | Character witness / first hand witness to material facts |

The Defendant reserves the right to amend or update this list as its trial preparation proceeds and the need to call different or additional witnesses arises.

(NOTE: This document was prepared and ready for filing with the clerk of the court by May 1, however, despite promises by jail personnel to print and notarize this document, they left

without doing so.  Apologies. But, this does serve to highlight the ongoing, regular challenges that do impact the schedule, that are outside of the Defendant's control.)

Respectfully and *In Honor,* presented to this court on the 2ⁿᵈ day of the 5ᵗʰ month in the year of our Lord Jesus Christ, anno domini 2024,

by: Paul-Kenneth: Cromar ™

Paul-Kenneth: Cromar / Defendant - *in error*

STATE OF UTAH – DAVIS COUNTY – NOTARY JURAT

The foregoing instrument was acknowledged before me this __2ⁿᵈ__ day of ~~April~~ MAY, in the year of our Lord Jesus Christ, *ano domini* 2024, presented by __Paul Cromar__ .

Notary name: __AMY E. Hutchinson__ My commission expires __Mar 15, 2027__

Notary signature: _____ .

AMY E HUTCHINSON
Notary Public - State of Utah
Comm. No. 730003
My Commission Expires on
Mar 15, 2027

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2024 I personally placed in the United States Mail to the individuals named below a true and correct copy of **DEFENDANT'S WITNESS LIST**

TRINA A. HIGGINS
PATRICK BURNS
MEREDITH M. HAVEKOST
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

Raland Brunson