Paul-Kenneth: Cromar, ID #567164

c/o Sheriff
Davis County Jail
800 West State Street
P.O. Box 618
Farmington, Utah 84025-0618
Phone: 801-451-4100

FILED US District Court-UT
MAY 17 '24 PM 03:47

[Pro Se] *sui juris*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff *in error*,<br><br>vs.<br><br>PAUL KENNETH CROMAR,<br><br>Defendant *in error* | Case No. 2:23-cr-00159-HCN-DBP<br><br>DEFENDANT'S WITNESS LIST<br>Version 3 Removal of term "Expert"<br><br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Comes now, Paul-Kenneth: Cromar[1], "Ken Cromar", Defendant *in error*, *sui juris* [*pro se*], who does hereby respectfully present on the record of this court this **Defendant's Witness List Version 3 removal of term "Expert"**, related reciprocal list as requested by prosecutors for the UNITED STATES OF AMERICA, related to a trial currently scheduled for May 21, 2024, as provided hereunder:

---

[1] *See* Footnotes #1-4,7-8, from Defendant's Motion to Dismiss (Docket #70) and also, as of yet unrebutted Defendant's AFFIDAVIT (Docket #71) for jurisdiction and definition of terms. Note: An unrebutted affidavit stands as fact. I elected to proceed only under Constitutional Common Law (see Docket #25).

| | |
|---|---|
| Joan Flach (or Flack) | IRS employee |
| R.A. Mitchell | IRS employee |
| Robert Weidlein | Utah County Sheriff Dept. |
| Ivan Bird | American Fork Police Dept. |
| Brett Belliston | Son of alleged auction winner of Cromar home |
| Nathan Dorius | Attorney for Bellistons |
| Nathan Eddington | "Auction winner" of Cromar home |
| Michael Eddington | Father of alleged "auction winner" of Cromar home |
| Gary Chapman | IRS employee |
| Doug Gilmore | Involved with IRS auction and purchase of Cromar home |
| Wanda Manley | IRS employee |
| Thomas Walker | TIGTA / IRS employee |
| Joe Bannister | Former IRS employee |
| Raland Brunson | Material fact witness |
| Andrea Ventura | IRS employee |
| Mike Smith | Utah County Sheriff |
| Kaye Fugal | Character witness / first hand witness to material facts |
| Diane Reynolds | IRS coding material witness |
| Tom Scambos | IRS coding material witness |

| | |
|---|---|
| Ron Gibson | Lawyer and material fact witness |
| Ryan Bundy | Material witness at Cromar home |
| Shawna Cox | Material fact witness at Cromar home |
| Wendy Leatham | Material fact witness at Cromar home |
| Sheriff Richard Mack | Material fact witness |
| Sam Bushman | Material fact witness |
| William D'Angelo | Material fact witness |
| Danielle D'Angelo | Material fact witness |
| John Earl Sullivan | Material fact witness |
| Gordon Mella | Material fact witness |
| Don Ruzicka | Material fact witness |

The Defendant reserves the right to amend or update this list as its trial preparation proceeds and the need to call different or additional witnesses arises.

Presented in honor in the year of our Lord and in His name the 15th day of May, 2024.

Paul-Kenneth: Cromar

As per docket #25 of September 27, 2023 "I elect to proceed under Constitutional Common Law."

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2024, I personally delivered to the individuals

named below a true and correct copy of **DEFENDANT'S WITNESS LIST**

**Version 3 Removal of term "Expert"**


TRINA A. HIGGINS
PATRICK BURNS
MEREDITH M. HAVEKOST
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111


Raland Brunson