Paul-Kenneth: Cromar, ID #567164

c/o Sheriff
Davis County Jail
800 West State Street
P.O. Box 618
Farmington, Utah 84025-0618
Phone: 801-451-4100

FILED US District Court-UT
MAY 17 '24 PM03:41

[Pro Se] *sui juris*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

### Judge: HOWARD C. NIELSON, JR.

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff** *in error*,<br><br>vs.<br><br>**PAUL KENNETH CROMAR,**<br><br>**Defendant** *in error* | **CASE 2:23-cr-00159**<br><br>**NOTICE OF INTERLOCUTORY APPEAL** |

## NOTICE OF INTERLOCUTORY APPEAL

1.  Comes now, Paul Kenneth Cromar, Defendant, *pro se,* under the Federal Rules of Criminal Procedure, Rule 58(g)(1), Rule 38, and the Federal Rules of Appellate Procedure, Rules 4(a), 4(b), and 8, who hereby files this *Notice of Interlocutory Appeal* to the U.S. 10th Circuit Court of Appeals, based on the **refusal** of the district court to issue an *Order* establishing *how* a fully granted *subject-matter jurisdiction* of the district court has been properly established and lawfully *taken* over the criminal prosecution of the defendant. The district court steadfastly refuses to address the **lack** of a fully granted *subject-matter jurisdiction* of the district court over the criminal action, which jurisdiction has never been properly or fully established, and is **not** reflected or shown anywhere on the record of this action in the court.

2. The **lack** of a fully granted *subject-matter jurisdiction* of the district court that may be lawfully taken over this criminal action, is resulting in an improper effort by the district court to conduct a **criminal** trial of the defendant without the *subject-matter jurisdiction* of the court to do so, and without the jurisdiction of the court ever being established or shown on the record of the action in the court.

3. Furthermore, the district court is now proceeding with *prejudicial* **intent** to blatantly **violate** the now <u>controlling</u> legal *doctrines* of *collateral estoppel, judicial estoppel,* and *estoppel by judgment,* which should individually and collectively legally control the resolution of the jurisdictional question now in the district court, **exactly** as it was <u>**previously decided, held, adjudged,**</u> and ***Ordered,*** in that U.S. 10th Circuit Court of Appeals, Case No.: 19-4035.

4. In the district court proceedings so far in this criminal prosecution of the defendant, the district court has twice now **violated** the above named *controlling* **estoppel** doctrines of law by vaguely and ***frivolously*** asserting a *jurisdiction* of the court under Article I, Section 8; while *lecturing* the defendant in hearings; while refusing to issue an *Order* of the court making any formal ruling to establish the *subject-matter jurisdiction* of the court on the record of the action.

5. Meanwhile, the plaintiff United States has **only** improperly argued a claim to a jurisdiction of the court **under <u>statutes alone,</u>** which is obviously both ***erroneous*** and **absurd,** as *constitutional* foundation is required for all criminal legal tax enforcement actions. And the plaintiff United States has further refused to plead in reply to the any of the defendant's challenges by multiple *Motions to Dismiss,* to the improperly and wrongfully asserted jurisdiction <u>under statutes alone</u>, **without** constitutional foundation.

6. Therefore it is **now** clear that the district court intends to conduct a criminal trial of the defendant **without** the *subject-matter jurisdiction* of the district court to do so, and without a proper establishment and declaration of the *subject-matter jurisdiction* of the district court ever being placed onto, or appearing on, the record of the action in the court.

7. Therefore, this interlocutory appeal is justified and necessary to prevent both: 1) an unauthorized criminal trial of an American citizen by a district court that lacks the *subject-*

*matter jurisdiction* to do so, and 2) a monumental waste of time and effort of both the court and of all the other parties involved as well.

Presented in honor in the year of our Lord and in His name the 15th day of May, 2024.

©
by: Paul-Kenneth: _____ ™
Paul-Kenneth: Cromar

As per docket #25 of September 27, 2023 "I elect to proceed under Constitutional Common Law."

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2024, I personally delivered to the individuals named below a true and correct copy of **NOTICE OF INTERLOCUTORY APPEAL**

TRINA A. HIGGINS
PATRICK BURNS
MEREDITH M. HAVEKOST
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

_____
Raland Brunson