TRINA A. HIGGINS, United States Attorney (#7349)
MEREDITH M. HAVEKOST, Trial Attorney (IL #6332789)
PATRICK BURNS, Trial Attorney (NV #11779)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL KENNETH CROMAR, Defendant. | Case No. 2:23-cr-00159-HCN-DBP GOVERNMENT'S THIRD AMENDED EXHIBIT LIST District Judge Howard C. Nielson, Jr. Chief Magistrate Judge Dustin B. Pead |

The United States, by and through undersigned counsel, hereby respectfully submits this third amended list of its trial exhibits, which is attached here as Exhibit 1. This amended list adds Trial Exhibit 144 - Forms 13496 6020(b) Certification - Paul Kenneth Cromar – Tax Years 2000-2005 [USA PROD1-0006489; USA-PROD1-0005971; USA-PROD1-0006111; USA-PROD1-0007202; USA-PROD1-0006328; USA-PROD1-0004632].

The government continues to reserve its right to amend this list of exhibits as the need arises.

DATED this 19th day of May, 2024.

                                              TRINA A. HIGGINS
                                              United States Attorney

  */s/ Meredith M. Havekost*
*/s/ Patrick Burns*
_____
MEREDITH M. HAVEKOST
PATRICK BURNS
Trial Attorneys
U.S. Department of Justice Tax Division