# UNITED STATES DISTRICT COURT

DISTRICT OF  Utah

**EXHIBIT AND WITNESS LIST**

United States
V.
Paul Kenneth Cromar

Case Number:  2:23-cr-00159-HCN-DBP

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Howard C. Nielson, Jr. | Patrick Burns, Meredith Havekost | Paul Kenneth Cromar |
| TRIAL DATE (S) 05/21/24- | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES* |
|---|---|---|---|---|---|
| | | | 1 | | Blue Moon Productions LLC Western Community Bank statements for 8/1/2003 to 11/30/2003 and 1/31/2005 to 12/31/2005 [USA-PROD1-0005363 to USA-PROD1-0005381] |
| | | | 2 | | Aran Island Holdings Rock Canyon Bank signature cards and statements for 6/1/2000 to 12/31/2005 [USA-PROD1-0005382 to USA-PROD1-5450] |
| | | | 3 | | P Kenneth Cromar Utah Community Credit Union statements for 4/1/2005 to 12/31/2005 [USA-PROD1-0005451 to USA-PROD1-0005501] |
| | | | 4 | | This Card Net LLC Western Community Bank signature card and statement for 1/1/2001 to 1/31/2001 [USA-PROD1-0005510 to USA-PROD1-0005511] |
| | | | 5 | | Blue Moon Productions LLC Western Community Bank signature card and statements for 7/1/2002 to 7/31/2003 [USA-PROD1-0005512 to USA-PROD1-0005526] |
| | | | 6 | | Cromar Utah Community Credit Union statements for 8/1/2002 to 1/31/2003; 7/1/2003 to 12/31/2003; 8/1/2004 to 8/31/2004; 12/1/2004 to 3/31/2005 [USA-PROD1-0005527 to USA-PROD1-0005608] |
| | | | 7 | | Aran Island Holdings Rock Canyon Bank statements for 1/1/2002 to 12/31/2002 [USA-PROD1-0005612 to USA-PROD1-0005623] |
| | | | 8 | | Paul K Cromar Constitutional Workshop Bank of America Fork signature card and statements for 9/14/99 to 11/12/99 [USA-PROD1-0005624 to USA-PROD1-0005626] |
| | | | 9 | | P Kenneth Cromar Universal Campus Credit Union Account Card and Membership Agreement [USA-PROD1-0005628] |
| | | | 10 | | P Kenneth Cromar Utah Community Credit Union statements for 1/1/2001 to 1/31/2001 [USA-PROD1-0005630 to USA-PROD1-0005632] |
| | | | 11 | | P Kenneth Cromar Utah Community Credit Union statements for 3/1/2002 to 8/31/2002 [USA-PROD1-0005643 to USA-PROD1-0005665] |
| | | | 12 | | Examining Officer's Activity Record [USA-PROD1-0005728 to USA-PROD1-0005731] |
| | | | 13 | | Revenue Agent's Gross Receipts Summary [USA-PROD1-0005734 to USA-PROD1-0005806] |
| | | | 14 | | Forms 4549-A, Income Tax Discrepancy Adjustments [USA-PROD1-0004528 to USA-PROD1-0004533] |
| | | | 15 | | Explanations of Forms 4549-A, Income Tax Discrepancy Adjustments [USA-PROD1-0004534 to USA-PROD1-0004590] |
| | | | 16 | | Form 886-A, Explanation of Items [USA-PROD1-0004591 to USA-PROD1-0004602] |
| | | | 17 | | Letters 950, 30-Day Letters [USA-PROD1-0004610 to USA-PROD1-0004615] |
| | | | 18 | | Letters 531, Notices of Deficiency [USA-PROD1-0004712 to USA-PROD1-0004723] |
| | | | 19 | | Blue Moon Productions LLC Western Community Bank signature card [USA-PROD1-0009490 to USA-PROD1-0009491] |
| | | | 20 | | Blue Moon Productions LLC Rock Canyon Bank (formerly Western Community Bank) statements for 1/1/2019 to 12/31/2020 [USA-PROD1-0009613 to USA-PROD1-0009680] |
| | | | 21 | | P K Cromar Utah Community Credit Union statements for 1/1/2019 to 12/31/2020 [USA-PROD1-0010336 to USA-PROD1-0010422] |
| | | | 22 | | Internal Revenue Service letter addressed to Paul K. Cromar dated 8/21/2007 [USA-PROD1-0004519 to USA-PROD1-0004520] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | | vs. | | Paul Kenneth Cromar | CASE NO. 2:23-cr-00159-HCN-DBP |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | 23 | | Notice of Federal Tax Lien on Paul K Cromar in Utah County for tax periods 1999-2005, recorded September 8, 2009 [USA-PROD5-0000248 to USA-PROD5-0000249] |
| | | | 24 | | Complaint in Case No. 2:19-cv-00255 *Cromar, et al. vs. United States, et al.* [USA-PROD4-0000058 to USA-PROD4-0000087] |
| | | | 25 | | Integrated Collection System History Transcript for Paul K Cromar [USA-PROD5-0000095 to USA-PROD5-0000243] |
| | | | 26 | | Notice of Federal Tax Lien on Paul K Cromar in Utah County for tax period 2005, recorded June 28, 2017 [USA-PROD5-0000252 to USA-PROD5-0000253] |
| | | | 27 | | Notice of Federal Tax Lien on Paul K Cromar in Utah County for tax periods 1999-2004, recorded June 28, 2017 [USA-PROD5-0000250- USA-PROD5-0000251] |
| | | | 28 | | Fax from Revenue Officer Wanda Manley to Paul Cromar on January 2, 2020 [USA-PROD2-0001843 to USA-PROD2-0001856] |
| | | | 29 | | Mailing from Paul Cromar to Wanda Manley, including letter dated January 6, 2020 and Promissory Note dated January 4, 2020 [USA-PROD2-0001396 to USA-PROD2-0001400] |
| | | | 30 | | Letter from Paul Cromar to Wanda Manley dated February 3, 2020 [USA-PROD2-0001401 to USA-PROD2-0001409] |
| | | | 31 | | Affidavit and Summons in Case No. 208100052, *Cromar v. Wanda I. Manley* [USA-PROD4-0000245 to USA-PROD4-0000247] |
| | | | 32 | | Deed to Real Property, recorded April 29, 2020 [USA-PROD5-0000259 to USA-PROD5-0000261] |
| | | | 33 | | Letter dated December 15, 2020 from Paul Cromar to Revenue Officer Wanda Manley [USA-PROD2-0002045 to USA-PROD2-0002049] |
| | | | 34 | | Order of Foreclosure and Judicial Sale in Case No. 2:17-cv-01223 *United States v. Cromar, et al.* [USA-PROD4-0000107 to USA-PROD4-0000114] |
| | | | 35 | | Letter dated May 16, 2019 from Property Acquisition Liquidation Specialist Gary Chapman to occupants of 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001796] |
| | | | 36 | | Letter dated June 4, 2019 from Paul and Barbara Cromar to Property Acquisition Liquidation Specialist Gary Chapman [USA-PROD1-0004431 to USA-PROD1-0004433] |
| | | | 37 | | Notice of Lis Pendens recorded in Utah County June 26, 2019 [USA-PROD5-0000254 to USA-PROD5-0000258] |
| | | | 38 | | Records from Utah Division of Corporations and Commercial Code [USA-PROD4-0000228 to USA-PROD4-0000236] |
| | | | 39 | | "Violation Warning Denial of Rights Under Color of Law" addressed to Gary Chapman from Paul Kenneth Cromar [USA-PROD2-0001797] |
| | | | 40 | | Email from Paul Kenneth Cromar to Gary Chapman dated January 7, 2020 [USA-PROD2-0001804 to USA-PROD2-0001805] |
| | | | 41 | | Order Confirming Sale and Distributing Proceeds in Case No. 2:17-cv-01223 *United States v. Cromar, et al.* [USA-PROD5-0000008 to USA-PROD5-0000011] |
| | | | 42 | | Gary Chapman advertising photos [USA-PROD3-0002114 to USA-PROD3-0002120] |
| | | | 43 | | Receipt for Deposit dated January 21, 2020 [USA-PROD4-0000211] |
| | | | 44 | | Photo of sign in front of Brett Belliston's residence [USA-PROD2-0001772] |
| | | | 45 | | Photo of ammunition from Brett Belliston [USA-PROD4-0001013] |
| | | | 46 | | Photo of ammunition from Brett Belliston [USA-PROD4-0001014] |

Page    2    of    7    Pages

AO 187A (Rev. 7/87)                  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | | vs. | | Paul Kenneth Cromar | CASE NO. 2:23-cr-00159-HCN-DBP |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | 47 | | Photo of handwritten notes from Brett Belliston [USA-PROD4-0001012] |
| | | | 48 | | Papers from Nathan Eddington [USA-PROD3-0000017 to USA-PROD3-0000028] |
| | | | 49 | | Video from Nathan Eddington [USA-PROD2-0000043] |
| | | | 50 | | Email from Bill Markahm to Gary Chapman and Nathan Eddington dated November 7, 2019 [USA-PROD3-0002121 to USA-PROD3-0002122] |
| | | | 51 | | Video from Utah County Sheriff's Office recorded at 9870 N Meadow Drive, Cedar Hills Utah on September 24, 2020 [USA-PROD2-0001745] |
| | | | 52 | | Google Maps overhead of North Meadow neighborhood [USA-PROD4-0000208] |
| | | | 53 | | Google Maps overhead of North Meadow neighborhood [USA-PROD4-0000210] |
| | | | 54 | | Body-worn camera footage of American Fork Police Department Officer Ivan Bird on April 23, 2020 [USA-PROD3-0000655] |
| | | | 55 | | Screenshot of Ken Cromar Facebook post [USA-PROD3-0002131] |
| | | | 56 | | Photo of sandbags inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001718] |
| | | | 57 | | Photo of sandbags inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001720] |
| | | | 58 | | Photo of sandbags inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001721] |
| | | | 59 | | Photo of wooden board inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001722] |
| | | | 60 | | Photo of sandbag inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001723] |
| | | | 61 | | Photo of wooden board inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001724] |
| | | | 62 | | Photo of firearm inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001725] |
| | | | 63 | | Photo of firearms inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001726] |
| | | | 64 | | Photo of rifle inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001728] |
| | | | 65 | | Photo of rifle inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001729] |
| | | | 66 | | Photo of ammunition inside backpack at 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001733] |
| | | | 67 | | Photo of contents of bag at 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001734] |
| | | | 68 | | Photo of cases inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001735] |
| | | | 69 | | Photo of cases inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001736] |
| | | | 70 | | Photo of handgun inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001737] |

AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | | vs. | Paul Kenneth Cromar | CASE NO. 2:23-cr-00159-HCN-DBP |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | 71 | | Photo of sandbags inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001738] |
| | | | 72 | | Photo of sandbags inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001739] |
| | | | 73 | | Photo of sandbags inside 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001740] |
| | | | 74 | | Photo of sandbags inside garage of 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001741] |
| | | | 75 | | Photo of sandbags inside garage of 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001742] |
| | | | 76 | | Photo of sandbags inside garage of 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001743] |
| | | | 77 | | Photo of sandbags inside garage of 9870 N Meadow Drive, Cedar Hills, Utah [USA-PROD2-0001744] |
| | | | 78 | | Photo of 9870 N Meadow Drive, Cedar Hills, Utah from Ken Cromar's Facebook page [USA-PROD2-0001692] |
| | | | 79 | | Photo of 9870 N Meadow Drive, Cedar Hills, Utah from Ken Cromar's Facebook page [USA-PROD2-0001693] |
| | | | 80 | | Photo of Barbara Cromar from Ken Cromar's Facebook page [USA-PROD2-0001694] |
| | | | 81 | | Photo of front door of 9870 N Meadow Drive, Cedar Hills, Utah from Ken Cromar's Facebook page [USA-PROD2-0001695] |
| | | | 82 | | Photo of 9870 N Meadow Drive, Cedar Hills, Utah from Ken Cromar's Facebook page [USA-PROD2-0001696] |
| | | | 83 | | Photo of front door of 9870 N Meadow Drive, Cedar Hills, Utah from Ken Cromar's Facebook page [USA-PROD2-0001697] |
| | | | 84 | | Photo of garage door of 9870 N Meadow Drive, Cedar Hills, Utah from Ken Cromar's Facebook page [USA-PROD2-0001698] |
| | | | 85 | | Photo of Paul and Barbara Cromar in front of garage door of 9870 N Meadow Drive, Cedar Hills, Utah from Ken Cromar's Facebook page [USA-PROD2-0001699] |
| | | | 86 | | Screenshot of Facebook post by Ken Cromar dated August 7 [USA-PROD2-0001700] |
| | | | 87 | | Continuation of screenshot of Facebook post by Ken Cromar [USA-PROD2-0001701] |
| | | | 88 | | Screenshot of Facebook post by Ken Cromar [USA-PROD2-0001703] |
| | | | 89 | | Screenshot of Facebook post by Ken Cromar dated June 26 [USA-PROD2-0001704] |
| | | | 90 | | Screenshot of Facebook comment by Ken Cromar [USA-PROD2-0001705] |
| | | | 91 | | Screenshot of Facebook photos posted by Wendy Kay dated September 9 [USA-PROD2-0001709] |
| | | | 92 | | Screenshot of Facebook photos posted by Wendy Kay dated September 9 [USA-PROD2-0001710] |
| | | | 93 | | Screenshot of Facebook photos posted by Wendy Kay dated September 9 [USA-PROD2-0001711] |
| | | | 94 | | Screenshot of Facebook photos posted by Wendy Kay dated September 9 [USA-PROD2-0001712] |

Page    4    of    7    Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | | vs. | Paul Kenneth Cromar | CASE NO. 2:23-cr-00159-HCN-DBP | | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | 95 | | Screenshot of Facebook photos posted by Wendy Kay dated September 9 [USA-PROD2-0001713] | |
| | | | 96 | | Screenshot of Facebook photos posted by Wendy Kay dated September 9 [USA-PROD2-0001714] | |
| | | | 97 | | Screenshot of Facebook photos posted by Wendy Kay dated September 9 [USA-PROD2-0001715] | |
| | | | 98 | | Screenshot of Facebook photos posted by Wendy Kay dated September 9 [USA-PROD2-0001716] | |
| | | | 99 | | Screenshot of Facebook photos posted by Wendy Kay dated September 9 [USA-PROD2-0001717] | |
| | | | 100 | | Order Denying Plaintiffs' Motions and Granting Defendants' Motion to Dismiss in Case No. 2:19-cv-00255 *Cromar, et al. v. United States, et al.* [USA-PROD5-0000067 to USA-PROD5-0000071] | |
| | | | 101 | | Tenth Circuit Order and Judgment in Case No. 2:19-cv-00255 *Cromar, et al. v. United States, et al.* [USA-PROD4-0000047 to USA-PROD4-0000057] | |
| | | | 102 | | Amended Final Order to Vacate Premises in Case No. 200400972, *Copper Birch Properties LLC v. Cromar, et al.* [USA-PROD3-0001171 to USA-PROD3-0001173] | |
| | | | 103 | | Order of Restitution in Case No. 200400972, *Copper Birch Properties LLC v. Cromar, et al.* [USA-PROD3-0001065 to USA-PROD3-0001066] | |
| | | | 104 | | Order Denying Motion to Dismiss in Case No. 2:17-cv-01223 *United States v. Cromar, et al.* [USA-PROD5-0000014 to USA-PROD5-0000015] | |
| | | | 105 | | Order Denying Motion to Strike Improper Pleadings and Motion for Hearing in Case No. 2:17-cv-01223 *United States v. Cromar, et al.* [USA-PROD5-0000020 to USA-PROD5-0000022] | |
| | | | 106 | | Order to Show Cause in Case No. 2:17-cv-01223 *United States v. Cromar, et al.* [USA-PROD5-0000018 to USA-PROD5-0000019] | |
| | | | 107 | | Order Denying Motion to Dismiss and Entering Default in Case No. 2:17-cv-01223 *United States v. Cromar, et al.* [USA-PROD5-0000012 to USA-PROD5-0000013] | |
| | | | 108 | | Default Judgment Against Paul Kenneth Cromar, et al. in Case No. 2:17-cv-01223 *United States v. Cromar, et al.* [USA-PROD4-0000105 to USA-PROD4-0000106] | |
| | | | 109 | | Order Granting Leave to File Objections, Overruling Objections, and Closing Case in Case No. 2:17-cv-01223 *United States v. Cromar, et al.* [USA-PROD5-0000016 to USA-PROD5-0000017] | |
| | | | 110 | | Certified Transcript of Account – 1995 Form 1040 for Paul K. Cromar [USA-PROD3-0000596 to USA-PROD3-0000597] | |
| | | | 111 | | Certified Transcript of Account – 1996 Form 1040 for Paul K. Cromar [USA-PROD3-0000598 to USA-PROD3-0000601] | |
| | | | 112 | | Certified Transcript of Account – 1997 Form 1040 for Paul K. Cromar [USA-PROD3-0000602 to USA-PROD3-0000605] | |
| | | | 113 | | Certified Transcript of Account – 1998 Form 1040 for Paul K. Cromar [USA-PROD3-0000606 to USA-PROD3-0000607] | |
| | | | 114 | | Certified Transcript of Account – 1999 Form 1040 for Paul K. Cromar [USA-PROD3-0000608 to USA-PROD3-0000611] | |
| | | | 115 | | Certified Transcript of Account – 2000 Form 1040 for Paul K. Cromar [USA-PROD3-0000612 to USA-PROD3-0000615] | |
| | | | 116 | | Certified Transcript of Account – 2001 Form 1040 for Paul K. Cromar [USA-PROD3-0000616 to USA-PROD3-0000619] | |
| | | | 117 | | Certified Transcript of Account – 2002 Form 1040 for Paul K. Cromar [USA-PROD3-0000620 to USA-PROD3-0000623] | |
| | | | 118 | | Certified Transcript of Account – 2003 Form 1040 for Paul K. Cromar [USA-PROD3-0000624 to USA-PROD3-0000627] | |

AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | vs. | Paul Kenneth Cromar | CASE NO. 2:23-cr-00159-HCN-DBP |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | 119 | | Certified Transcript of Account – 2004 Form 1040 for Paul K. Cromar [USA-PROD3-0000628 to USA-PROD3-0000631] |
| | | | 120 | | Certified Transcript of Account – 2005 Form 1040 for Paul K. Cromar [USA-PROD3-0000632 to USA-PROD3-0000635] |
| | | | 121 | | Certified Transcript of Account – 2006 Form 1040 for Paul K. Cromar [USA-PROD3-0000636 to USA-PROD3-0000637] |
| | | | 122 | | Certified Transcript of Account – 2007 Form 1040 for Paul K. Cromar [USA-PROD3-0000638 to USA-PROD3-0000639] |
| | | | 123 | | Certified Transcript of Account – 2008 Form 1040 for Paul K. Cromar [USA-PROD3-0000640 to USA-PROD3-0000641] |
| | | | 124 | | Certified Transcript of Account – 2009 Form 1040 for Paul K. Cromar [USA-PROD3-0000642 to USA-PROD3-0000643] |
| | | | 125 | | Certified Transcript of Account – 2010 Form 1040 for Paul K. Cromar [USA-PROD3-0000644 to USA-PROD3-0000645] |
| | | | 126 | | Photos of 9870 N Meadow Drive, Cedar Hills, Utah taken by Doug Nufer [USA-PROD2-0002075 to USA-PROD2-0002077] |
| | | | 127 | | Photos of 9870 N Meadow Drive, Cedar Hills, Utah taken by Doug Nufer [USA-PROD2-0002083 to USA-PROD2-0002084] |
| | | | 128 | | Photos of person walking onto 9870 N Meadow Drive, Cedar Hills, Utah property taken by Doug Nufer [USA-PROD2-0002088 to USA-PROD2-0002089] |
| | | | 129 | | U.S. Passport Records for Paul Kenneth Cromar [USA-PROD4-0000216 to USA-PROD4-0000219; USA-PROD4-0000222 to USA-PROD4-0000227] |
| | | | 130 | | Certified Transcript of Account – 2011 Form 1040 for Paul K. Cromar [USA-PROD5-0000072 to USA-PROD5-0000073] |
| | | | 131 | | Certified Transcript of Account – 2012 Form 1040 for Paul K. Cromar [USA-PROD5-0000074 to USA-PROD5-0000075] |
| | | | 132 | | Certified Transcript of Account – 2013 Form 1040 for Paul K. Cromar [USA-PROD5-0000076 to USA-PROD5-0000077] |
| | | | 133 | | Certified Transcript of Account – 2014 Form 1040 for Paul K. Cromar [USA-PROD5-0000078 to USA-PROD5-0000079] |
| | | | 134 | | Certified Transcript of Account – 2015 Form 1040 for Paul K. Cromar [USA-PROD5-0000080 to USA-PROD5-0000081] |
| | | | 135 | | Certified Transcript of Account – 2016 Form 1040 for Paul K. Cromar [USA-PROD5-0000082 to USA-PROD5-0000083] |
| | | | 136 | | Certified Transcript of Account – 2017 Form 1040 for Paul K. Cromar [USA-PROD5-0000084 to USA-PROD5-0000085] |
| | | | 137 | | Certified Transcript of Account – 2018 Form 1040 for Paul K. Cromar [USA-PROD5-0000086 to USA-PROD5-0000087] |
| | | | 138 | | Certified Transcript of Account – 2019 Form 1040 for Paul K. Cromar [USA-PROD5-0000088 to USA-PROD5-0000090] |
| | | | 139 | | Certified Transcript of Account – 2020 Form 1040 for Paul K. Cromar [USA-PROD5-0000091 to USA-PROD5-0000093] |
| | | | 140 | | Certified Record from Utah State Tax Commission, All Payments for Taxpayer's Account [USA-PROD6-0000163] |
| | | | 141 | | Certified Record from Utah State Tax Commission, Statement of Account for Delinquent Taxes [USA-PROD6-0000344 to USA-PROD6-0000346] |
| | | | 142 | | Certified Record from Utah State Tax Commission, Taxpayer's Response to Statement of Account for Delinquent Taxes [USA-PROD6-0000050 to USA-PROD6-0000053] |
| | | | 143 | | Tenth Circuit Order and Judgment in Case No. 19-4075 *United States v. Cromar, et al.* [USA PROD1-0001363-USA-PROD1-0001371] |
| | | | 144 | | Forms 13496 6020(b) Certification - Paul Kenneth Cromar – Tax Years 2000-2005 [USA PROD1-0006489; USA-PROD1-0005971; USA-PROD1-0006111; USA-PROD1-0007202; |

Page     6     of     7     Pages