

FILED US District Court-UT
MAY 17 '24 PM03:46

Paul-Kenneth: Cromar
Defendant *in error*, Sui Juris [pro se], natural man
c/o Davis County Correctional Facility – inmate #567164
800 W. State Street / Farmington, Utah 84025 / 801-451-4100

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| "PAUL KENNETH CROMAR" | / | **Verified AFFIDAVIT** |
| Defendant *in-error* | / | **and NOTICE of EQUITY CLAIM** |
| v. | / | |
| UNITEDS STATES OF AMERICA | / | case # 2:23-cr-00159-HCN-DBP |
| Plaintiff *in-error* | / | Judge Howard C. Nielson Jr. |

**Verified AFFIDAVIT and NOTICE of EQUITY CLAIM**

1. <u>I, Paul-: Kenneth Cromar, am a descendant of that body of men who laid the foundation of</u> the united States of America, who in The Declaration of Independence stated:

> "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. – That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,…".

1

2. I am one of the *We the People* described in the Constitution as established in 1787:

> "*We the People* of the united States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain ad establish this Constitution for the united States of America."

3. I am one of the *People* as described in the Utah Constitution, who collectively hold all political power and who are beneficiaries of the public trusts known as the Constitution for the united States of America, and the constitutions of the several states of that union among which is the Utah Constitution.

### Article 1 - Inherent and inalienable rights

All persons have the inherent and inalienable right to enjoy and defend their lives and liberties; to acquire, possess and protect property; to worship according to the dictates of their consciences; to assemble peaceably, protest against wrongs, and petition for redress of grievances; to communicate freely their thoughts and opinions, be responsible for the abuse of that right.

4. As beneficiary, one of the *We the People*, I have claim to all of the rights, privileges and immunities belonging to the people.

5. There appears to be a misunderstanding and misapplication of my status and jurisdiction that this AFFIDAVIT attempts to bring to the attention of this court, as I am not being treated as a **beneficiary**, with claim in equity.

6. Without full disclosure, and unbeknownst to me, I have had foisted on me by society, and been conditioned to claim US citizenship and to use a social security number created by the government with subsequent adhesion contracts, giving rise to the apparent presumption of federal franchise. Again, I reject that presumption and established this on the public record.

7. It appears that I, without just cause, have been deemed to be a subject of government employee or franchise of the Federal Government. I also reject that assumption.

8. Any and all presumptions of my US citizenship, US Residency and or obligations of such presumed employment or franchise are hereby rebutted by my substantive claim, clearly established on the public record, of being one of the *People*.

9. Notice is given that each state is guaranteed a republican form of government. A republic is ruled by law. *[Not a "democracy".]*

10. The supreme law of the land is the Constitution for the united States of America and the Constitutions of the several states of which as one of the *People* am **a beneficiary**. I agree with:

> "**All laws [court orders, mandates, etc.] which are repugnant to the Constitution are null and void."** (Marbury vs. Madison, 5 US (2 Cranch) 137, 174, 176, (1803)

11. I have filed numerous declarations on the public record regarding the fact of my **not** being a CITIZEN OF THE UNITED STATES (as defined by statutes), or subject to any corporation, and have done so on the public records of the Utah and Salt Lake County Recorder offices, and in court filings, and with multiple judicial notes, including but not limited to my SEVENTH JUDICIAL NOTICE. (See Exhibit A - 2:17-cv-01223-RJS).

12. The public record is clearly established: I, Paul-Kenneth: House of Cromar am one of *We the People*, declared by a Petit Jury of my peers **"found to be living",** and am over 25 years of age with have attainment of *majority*, of sound mind, am deemed competent to manage the affairs of the Paul-Kenneth: of the House of Cromar estates Estate, *sui juris*, state national of Utah known as a Utahn, *in propia personam*, under the flag of the Original Jurisdiction (at top). (see Exhibit B – Memorandum of Law Petit Jury Authority).

13. Additionally, as per *my* **Public Notice, Declarations, Mandates, and Lawful Protest** on the records within this United States District Court AND as serviced upon numerous sworn government employees of *We the People*, I, as the Sole Heir and Executor to the Paul-Kenneth: House of Cromar hereby declare, *I* waive no rights known or unknown, stated or unstated – ever; and herein file upon this court the **FIFTH JUDICIAL NOTICE: Lawful Claim of Title, Will, Execution of Will, Declaration of Status, Appointment of Trustees and Standing Orders for Same.** (See Exhibit C - 2:17-cv-01223-RJS).

14. Through the proceedings of the Petit Jury, I have thorough and definitively established my lawful Estate, and am the sole Executor of my Estate by the same name, on the Salt Lake County Recorder office at:

- Filing #13703837 BK 11198 starting at pg. 7696, June 29, 2021 at 2:52 pm, and,

- Filing #13715599 BK 11205 starting at pg. 4398-4421, July 13, 2021 at 12:21 pm.

(See also Exhibit D - SIXTH JUDICIAL NOTICE from 2:17-cv-01223-RJS).

(Note: Any court proceeding with a Petit Jury is a Court of Record that proceeds according to Natural Law a/k/a Common Law under author of the People, and their decisions are final. There is no appeal from the decision of a court of record, not even the United States Supreme Court can overturn the decisions of a Court of Record.)

15. As a **beneficiary**, one of the *People* (non-US citizen, non-US resident, non-government employee), I have claim upon the government by oath and affirmation, required for public service, to the protection of my life, liberty and property. Any failure to acknowledge my status as beneficiary with attending rights privileges and immunities of said trusts is a breach of trust.

This **Verified AFFIDAVIT and Notice of Equity Claim** is sworn to under penalty of perjury to be true and accurate to the best of my knowledge, presented *In Honor*, to this court on the 14th day of the 5th month in the year of our Lord Jesus Christ, anno domini 2024,

AMY E HUTCHINSON
Notary Public - State of Utah
Comm. No. 730003
My Commission Expires on
Mar 15, 2027

Paul-Kenneth: Cromar / Defendant - *in error*

---

### NOTARY JURAT – STATE OF UTAH – DAVIS COUNTY

The foregoing instrument was acknowledged before me this _____ day of May, in the year of our Lord Jesus Christ, *ano domini* 2024, presented by Paul Cromar.
Notary name: AMY E HUTCHINSON. My commission expires Mar 15, 2027.
Notary signature: _____.

4

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2024, I personally delivered to the individuals named below a true and correct copy of **AFFIDAVIT AND NOTICE OF EQUITY CLAIM**

TRINA A. HIGGINS
PATRICK BURNS
MEREDITH M. HAVEKOST
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

_____
Raland Brunson

## SPECIAL NOTE TO THE PROSECUTION:

Because the exhibits create such a large stack of paper, Defendant Cromar recommends going to the docket for download.