TRINA A. HIGGINS, United States Attorney (#7349)
MARK E. WOOLF, Assistant United States Attorney (WA #39399)
MEREDITH M. HAVEKOST, Trial Attorney (IL #6332789)
PATRICK BURNS, Trial Attorney (NV #11779)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00159-HCN-DBP |
| Plaintiff, | GOVERNMENT'S SECOND AMENDED PROPOSED JURY INSTRUCTIONS |
| vs. | |
| PAUL KENNETH CROMAR, | District Judge Howard C. Nielson, Jr. |
| Defendant. | Chief Magistrate Judge Dustin B. Pead |

The United States of America respectfully submits its Second Amended Proposed Jury

Instructions, which addresses the proposed instruction raised by the Court on May 30, 2024.

[CONTINUED ON NEXT PAGE]

**GOVERNMENT'S REQUESTED JURY INSTRUCTION**
Indictment is Not Evidence

The indictment is simply the description of the charges made by the government against the defendant; it is not evidence of guilt or anything else. You should not give any weight to the fact that the defendant has been indicted in making your decision in this case.

Adopted from Pattern Crim. Jury Instr. 10th Cir. 1.01 (2023); Mod. Crim. Jury Instr. 3rd Cir. 1.11 (2023).

DATED this 30th day of May, 2024.

Respectfully submitted,

TRINA A. HIGGINS
United States Attorney

By:   */s/ Meredith Havekost*
      */s/ Patrick Burns*

MEREDITH HAVEKOST
PATRICK BURNS
Trial Attorneys, DOJ Tax Division