Paul-Kenneth: Cromar, ID #567164
c/o Sheriff / Davis County Jail
800 West State Street
P.O. Box 618
Farmington, Utah 84025-0618
Phone: 801-451-4100
*Sui Juris* [pro se]

FILED US District Court-UT
OCT 15 '24 PM02:05

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA (DUNs #052714196), Plaintiff *in error*, v. "PAUL KENNETH CROMAR", Defendant *in error*. | Case No. 2:23-cr-00159-HCN-DBP **Defendant's Motion for Hearing on Appeal** District Judge Howard C. Nielson, Jr. Magistrate Judge Dustin B. Pead |

**Defendant's Motion for Hearing on Appeal**

1.  Comes now, ©Paul Kenneth Cromar™,[1] "Ken Cromar", defendant *in-error*, *Sui Juris* [pro se], who hereby moves this honorable court for an Appeal hearing to address the errors of the Magistrate made in the detention revocation hearing held on October 11, 2024.

2.  The purpose of the requested Hearing is to review the Magistrate's decisions and to correct the **erroneous** decision to proceed without first establishing the *subject-matter jurisdiction*, which Cromar challenged in open court that can be taken to allow the court to proceed in this criminal matter.

---

[1] Paul Kenneth Cromar, "Ken", is a red-blooded, living, breathing American Sovereign, as defined within eight (8) JUDICIAL NOTICES in the original (first of 18) court case 2:17-cv-01223-RJS.

1

"Jurisdiction can be challenged at anytime."
(Basso v. Utah Power and Light Co., 495 F.2d 906, 910.)

"There is no disgression to ignore lack of jurisdiction"
(Joyce v. U.S., 474 F.2d 215)

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted."
(Latana v. Hopper, 102 F.2d 188; Chicago v. New York, 37 F.Supp. 150)

"If parties do not raise question of lack of jurisdiction, it is the duty of the Federal Court to determine the manner *sua sponte*."
(28 U.S. C.A. sec. 1332)

Presented in honor on this 15th day of October, in the year of our Lord Jesus Christ, anno domini, 2024.

*[signature]*

Paul-Kenneth: Cromar

Signed only in correct public capacity as the soul HEIR/Executor to Paul-Kenneth: House of Cromar Estate.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2024, I personally placed in the United States Mail to the individuals named below a true and correct copy of **DEFENDANT'S MOTION FOR HEARING ON APPEAL.**

TRINA A. HIGGINS
PATRICK BURNS
MEREDITH M. HAVEKOST
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

X_____
Raland Brunson