© Paul-Kenneth: Cromar™
Defendant *in error*, – inmate #567164
Sui Juris [pro se], natural man
c/o Davis County Correctional Facility
800 W. State Street / Farmington, Utah  84025 / 801-451-4100

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
RECEIVED US Dist Court-UT
DEC 1 8 2024   DEC 18 '24 PM03:34
GARY P. SERDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | | |
|---|---|---|
| "PAUL KENNETH CROMAR" | / | **MOTION TO** REMAIN IN DAVIS COUNTY |
| Defendant - *in error* | / | DETENTION IF SENTENCED, AND RETAIN |
| | / | GOVERNMENT LAPTOP FOR ACCESS TO |
| | / | EVIDENCE FOR FILING OF APPEALS |
| v. | / | |
| UNITED STATES OF AMERICA | / | case # 2:23-cr-00159-HCN-DBP |
| (DUNs # 052714196) | / | |
| Plaintiff - *in error* | / | Judge Howard C. Nielson Jr. |

1. Comes now, ©Paul-Kenneth: Cromar™,[1] "Ken Cromar", defendant *in-error, Sui Juris [pro se], in propia persona,* does hereby respectfully present on the record of this court this **Motion to Remain in Davis County Detention if Sentenced, and Retain Government Laptop for Access to Evidence for Appeals**, for good cause showing and reasons provided

---

[1] Paul Kenneth Cromar, "Ken", is a red-blooded, living, breathing American sovereign, as defined within eight (8) JUDICIAL NOTICES filed in the original (first of 18) court case 2:17-cv-01223-RJS, in addition to a number of motions and judicial notices in this instant case.

1

for hereafter.

2. If the court does not find in favor granting Defendant's various Motions for Judicial Acquittal, or New Trial, or the Vacating of the Void Judgement, or recognizing Supreme Court decision of Moore et Ux v United States, 22-800, and otherwise releasing the defendant from detention, this court has discretion on how and when sentencing would be imposed.

3. As indicated in Objections to the Presentencing Report, the defendant has indicated that he intends to Appeal any adverse decisions by this court, and therefor humbly moves this court to facilitate retaining of the government laptop containing all its evidence as provided by the govenment, and keep him at the Davis County Correctional Facility long enough to prepare and execute appeals to the Tenth Circuit Court of Appeals.

### PRAYER FOR RELIEF

Therefore, the Defendant prays the court to immediately GRANT this **Motion to Remain in Davis County Detention if Sentenced, and Retain Government Laptop for Access to Evidence for Appeals**, for good cause shown herein, -- and in the interest of Justice.

Respectfully and *In Honor,* presented to this court on the 18th day of the 12th month, in the year of our Lord Jesus Christ, anno domini 2024,

| | |
|---|---|
| **Davis** County          ) | Asseveration |
|                           ) | |
| **Utah** Republic         ) | |
|                           ) | L.S. by: Paul Kenneth Cromar |
| united States of America  ) | Signed only in correct public capacity as |
| | Sole Heir & Executor to Paul-Kenneth: Cromar Estate |

State of: Utah  
County of: Davis  
The foregoing instrument was acknowledged before me 18th day of December, 2024  

*/s/ A.E.H.*  
Your Name Here, Notary Public  
My Commission Expires Mar 15, 2027

Paul Cromar - #567164  
c/o Davis County Correctional Facility  
800 W. State Street  
Farmington, Utah [84025-0618]  
- or -  
Box 942  
Pleasant Grove, Utah [ 84062 ]



AMY E HUTCHINSON  
Notary Public - State of Utah  
Comm. No. 730003  
My Commission Expires on  
Mar 15, 2027

2

## Certificate of Service

I hereby certify that on the 18th day of the 12th month of 2024, I placed, through a Davis County Sheriff Deputy's assistance, into the US mail a true and correct copy of this **Motion to Remain in Davis County Detention if Sentenced, and Retain Government Laptop for Access to Evidence for Appeals**, to:

Trina A. Higgins, United States Attorney (#7349)

Meredith M. Havekost, Special Assistant United States Attorney (IL #633789)

J. Patrick Burns (NV #11779)

Peter J. Anthony, Special Assistant United States Attorney (NY #4940912)

Office of the United States Attorney

111 South Main Street, Suite 1800

Salt Lake City, Utah 84111-2176

Respectfully Acknowledged,

Name: