© Paul-Kenneth: Cromar™
Defendant *in error*, – inmate #567164
Sui Juris [pro se], natural man
c/o Davis County Correctional Facility
800 W. State Street / Farmington, Utah  84025 / 801-451-4100

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 18 2024

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| "PAUL KENNETH CROMAR" | / | **MOTION TO CORRECT THE RECORD** |
| Defendant - *in error* | / | **BY REMOVING ANY BAR ATTORNEY** |
| v. | / | **CONNECTION TO DEFENDANT** |
| | / | |
| UNITED STATES OF AMERICA | / | case # 2:23-cr-00159-HCN-DBP |
| (DUNs # 052714196) | / | |
| Plaintiff - *in error* | / | Judge Howard C. Nielson Jr. |
| | / | |

1. Comes now, ©Paul-Kenneth: Cromar™,[1] "Ken", defendant *in-error, Sui Juris [pro se], in propia persona,* does hereby respectfully present on the record of this court this **Motion to Correct the Record by Removing any BAR attorney connection to Defendant,** for reasons provided for hereafter.

2. I do not understand. To my knowledge, I have NEVER intentionally contracted for court services by any BAR attorney, including this instant case. However, there have been a

---

[1] Paul Kenneth Cromar, "Ken", is a red-blooded, living, breathing American sovereign, as defined within eight (8) JUDICIAL NOTICES filed in the original (first of 18) court case 2:17-cv-01223-RJS, in addition to a number of motions and judicial notices in this instant case.

1

number of instances wherein potential misunderstandings by this court, officers of the court and the Prosecution for the UNITED STATES OF AMERICA may have occurred. Therefore, out of an abundance of caution, as this case comes to a close, I do hereby respectfully move the court to REMOVE all reference to BAR attorneys being connected with my defense, as the Defendant – *in error*, even though it has *"only"* been listed at times on the front page of the Docket as *"Stand-By Counsel"* and *"ATTORNEY TO BE NOTICED"* and *"Designation: Public Defender or Community Defender Appointment"*, with Kris Angelos and/or Vanessa Ramos names thereunder. In other words, no name other than "Paul Kenneth Cromar", along with my contact information at the Davis County Correctional Facility is authorized by me to be listed on the Docket, or anywhere else in connection with "Defendant", nor have any official or unofficial status will be connected to me. This takes effect immediately upon filing of this motion with the Clerk of this Court.

3. As provided in the SEVENTH JUDICIAL NOTICE referenced Exhibit 5 rejects ALL undisclosed presumptions and assumptions of any kind by BAR members of any kind. Implied contracts or agreements are not lawful if full disclosure is withheld. A contract is considered valid and lawful only if fully disclosed and then <u>knowingly, willingly and voluntarily</u> entered into by signature. I hereby reject all undisclosed "agreements" and "contracts" and reject all BAR attorney signatures and/or claims to my power of attorney, for reasons provided in this Correction of the Record. I have NEVER knowingly or willfully engaged any BAR attorney as my representative for any proceeding (state or federal) and DEMAND and require the record to reflect that fact, including this request to **REMOVE any kind of "Standby Counsel" reference or contact by Kris Angelos and Vanessa Ramos** – and to also VOID *ab initio* any record to the contrary – thus correcting the record.

4. Though grateful for some timely assists at my request, particularly at trial in organizing, printing numerous exhibits for the jury, there have been some notable errors. This includes having accepted Probation Officer Stacie Herata's Presentence Report for delivery when all SERVICE was to come to me at the jail, but then forgetting to do so,

2

which led to great distress due to deadlines imposed on me, until sentencing date was changed from December 9th, to the 23rd. Also, December 10th I was shackled at my ankles, waist and handcuffed and delivered to the court where I waited in a cell all day for the delivery of a thumb drive of jail phone call records as provided by the Prosecution for copying to my laptop, but she never showed up, having "forgotten". (With sentencing forthcoming, and preparations needed I could not afford to lose another entire day for the sake of a 5-minute file transfer and pray the court will facilitate it on December 23rd.) Additionally, I was informed yesterday that neither Kris Angelos nor Vanessa Ramos will be at Sentencing on December 23, for conflicts in their schedules making them unavailable, with no one else committed to being available.

Again, I must reiterate that I maintain high personal regard and appreciation for Ms. Angelos, her professionalism and numerous assists to accomplish important tasks at my request, which would have been otherwise impossible because of extreme limitations created by my detention in the Davis County Correctional Facility. I simply want to correct the record to avoid any confusion.

5. Also, often in criminal courts when people desire to speak for themselves or have *Assistance of Counsel* that are not BAR members, judges reject and resist any moves in that direction, as was the case with my contracted non-BAR lawyer Eugene Paul Richardson, and five "Assistants of Counsel" from my first filing, Docket #25 Notice of Appearance, which was denied by Magistrate Pead. Judges continue to force BAR attorneys that were taught in their BAR schools, to never bring common law into the courts. Let the record show, that according to the following, the my Sixth Amendment right in this regard have been inappropriately and un-Constitutionally denied, as follows:

> Bill of Rights Amendment VI - "Right to have the Assistance of Counsel for his defense".

> "The practice of law cannot be licensed by any state." Schware v. Board of

3

Examiners, United State Reports 353 U.S. pages 238, 239

"The practice of law is an occupation of common right." Sims v. Aherns, 271 SW 720 (1925)

"Litigants can be assisted by unlicensed laymen during judicial proceedings." Brotherhood of Trainmen v Virginia ex rel. Virginia State Bar, 377 U.S. 1; v Wainwright, 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425)

### PRAYER FOR RELIEF

Therefore, out of an abundance of caution, the Defendant prays the court to immediately GRANT this **Motion to Correct the Record by Removing any BAR attorney connection to Defendant**, by removing all reference to BAR attorneys being connected with Defendant – *in error*, in any manner including but not limited to "Stand-By Counsel" and "ATTORNEY TO BE NOTICED" and "Designation: Public Defender or Community Defender Appointment", by Kris Angelos and/or Vanessa Ramos, for good cause shown herein, -- and in the interest of Justice.

*Notice to principal, is notice to agent.  Notice to agent, is notice to principal.*

Respectfully and *In Honor,* presented to this court on the 18th day of the 12th month, in the year of our Lord Jesus Christ, anno domini 2024,

**Davis** County  )
                  )
**Utah** Republic  )
                  )
united States of America  )

Asseveration

L.S. by Paul Kenneth Cromar
Signed only in correct public capacity as
Sole Heir & Executor to Paul-Kenneth: Cromar Estate

Paul Cromar - #567164
c/o Davis County Correctional Facility
800 W. State Street
Farmington, Utah [84025-0618]

State of: Utah
County of: Davis
The foregoing instrument was acknowledged before me 18th day of December, 2024

Your Name Here, Notary Public
My Commission Expires Mar 15, 2027

4

AMY E HUTCHINSON
Notary Public - State of Utah
Comm. No. 730003
My Commission Expires on
Mar 15, 2027

- or -
Box 942
Pleasant Grove, Utah  [ 84062 ]

**NOTICE:**  Permanent address remains: 9870 No. Meadow Drive / Cedar Hills, Utah state, under **LAND PATENT #392 part and parcel thereof**, signed by then President Grover Cleveland on February 26, 1887, by an Act of Congress;

We, Paul-Kenneth: and Barbara-Ann: of the House of Cromar., on and for the record declare that we remain standing on, having never abandoned our Metes and Bounds, which are as follows:

*"Beginning at the Northeast corner of Lot 3, Plat "C", Amended North Meadow Estates Subdivision, said point being S89°28'48"W 1129.68 feet along the Quarter Section line, and S0°00'00"W 773.49 feet from the East 1/4 corner of Section 6, Township 5 South, Range 2 East of the Salt Lake Base and Meridian, and running thence along said Lot 3 boundary line the following five (5) course: (1) S0°18'49"W 96.09 feet; (2) S89°59'43"W 149.21 feet; (3) along a **curve** to the right 23.50 feet through a central angle of 89°46'16" having a radius of 15.00 feet and a chord that bears N45°07'09"W 21.17 feet; (4) N0°14'01"W 80.49 feet; (5) N89°45'59"E 165.06 feet to the point of beginning, containing 0.361 acres."*

[for LOT "C", AMENDED NORTH MEADOW ESTATES SUBDIVIDSION within the SE ¼ of SEC. 6, T.5 S.,R.2 E. SLBM – 0.361 acres]

5

## Certificate of Service

I hereby certify that on the __18th__ day of the __12th__ month of 2024, I placed, through a Davis County Sheriff Deputy's assistance, into the US mail a true and correct copy of this **Motion to Correct the Record by Removing any BAR attorney connection to Defendant**, to:

Trina A. Higgins, United States Attorney (#7349)

Meredith M. Havekost, Special Assistant United States Attorney (IL #633789)

J. Patrick Burns (NV #11779)

Peter J. Anthony, Special Assistant United States Attorney (NY #4940912)

Office of the United States Attorney

111 South Main Street, Suite 1800

Salt Lake City, Utah 84111-2176

Respectfully Acknowledged,

©Paul-Kurtc— ™

Name: